

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS



April 24, 2020

District Judge Matthew Kacsmaryk,
United States District Court, Northern District, Amarillo Division
205 Southeast 5th Avenue, Room 123
Box F-13248
Amarillo, Texas 79101-1559

Re:   *Brittany Marlowe Holberg v. Lorie Davis, Director*
      Civil Action No. 2:15-CV-00285

Dear Judge Kacsmaryk,

On March 25, 2020, this Court order Respondent to provide supplemental records from Petitioner's state court proceedings, specifically: "(1) a complete set of Respondent's Exhibit nos. 10–14 admitted into evidence during Petitioner's state habeas corpus proceedings and (2) a complete set o the documents contained in Volume 8 of the Clerk's Record from Petitioner's state trial court proceeding." Order 2, ECF No. 329. This Court has also ordered the Respondent to file "Respondent's Exhibit nos. 10–14" under seal. Order 1, ECF No. 331 (enclosed).

To that end, enclosed please find copies of the requested records on two CDs. Volume 8 of the Clerk's Record from Petitioner's trial is on one CD and maybe filed as a public record. "Respondent's Exhibit nos. 10–14" is on a separate CD labeled as "SEALED." Respondent requests that, per this Court's order, the Clerk of the Court file them as sealed. Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely,

*s/ Travis G. Bragg*
TRAVIS G. BRAGG
Assistant Attorney General
State Bar No. 24076286
   *Counsel of Record*

Post Office Box 12548, Capitol Station
Austin, Texas 78711-2548
512.936.1400
Travis.Bragg@oag.texas.gov

TGB/aaj
Enclosures

cc:   Alan J. Lazarus                              Paul E. Mansur
      FAEGRE DRINKER BIDDLE & REATH LLP            LAW OFFICE OF PAUL E MANSUR
      Four Embarcadero Center, 27th Floor          Post Office Box 1300
      San Francisco, California 94111-4180         Denver City, Texas 79323
      alan.lazarus@faegredrinker.com               pmansur@midtech.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BRITTANY MARLOWE HOLBERG, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 2:15-CV-00285 |
| § | (Death Penalty Case) |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

**ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION
TO SEAL SUPPLEMENTAL STATE COURT RECORDS**

On March 25, 2020, this Court ordered Respondent Lorie Davis to supplement the state court records in the case, including Respondent's Exhibit nos. 10–14 admitted into evidence during Petitioner's state habeas corpus proceeding. Respondent filed an unopposed motion to file these documents under seal because they contain over 1,400 pages of medical records.

This Court hereby ORDERS Respondent to file Respondent's Exhibit nos. 10–14 under seal.

April 21, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE



